UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                              )           MBD Case No.<br>)<br>MICKIE SIMMONS,                         )<br>)<br>  Defendant.                       ) | |

**ASSENTED-TO MOTION TO EXTEND TIME WITHIN WHICH
INDICTMENT OR INFORMATION MUST BE FILED**

The United States of America, by Assistant United States Attorney Danial E. Bennett, hereby moves the Court for an Order, pursuant to 18 U.S.C. §§ 3161(b) and (h)(7), that extends the time within which an indictment or information must be filed in the above-captioned case until **August 12, 2022**.

In support of the motion the government states as follows:

1. Defendant Mickie Simmons is charged by criminal complaint, 22-mj-4212-DHH, with Felon in Possession of Ammunition, in violation of 18 U.S.C. § 922(g)(1), and Dealing in Firearms without a License, in violation of 18 U.S.C. § 922(a)(1)(A).

2. Law enforcement arrested Simmons on May 26, 2022. He made his initial appearance before the Magistrate Court the same day. On May 31, 2022, Simmons waived his preliminary and detention hearings and the Court entered an order of voluntary detention. Pursuant to 18 U.S.C. § 3161(b), the government has until June 27, 2022, to indict Simmons.

3. The parties are exploring the possibility of resolving this case short of a trial. The parties require additional time, however, before such a determination can be made.

4. The government has not previously sought to enlarge the time in which an indictment or information must be filed.

5. The government submits that the delay resulting from the extension of time for filing an indictment or information serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial.

6. The government has consulted with defense counsel who has assented to this request.

ACCORDINGLY, the government asks the Court to enter an Order, pursuant to 18 U.S.C. §§ 3161(b) and (h)(7), that extends the time within which an indictment or information must be filed in the above-captioned case until **August 12, 2022** and moves that the period between June May 26, 2022, through August 12, 2022, be excluded from all Speedy Trial Act calculations.

                                            Respectfully submitted,

                                            RACHAEL S. ROLLINS
                                            UNITED STATES ATTORNEY

By:    */s/ Danial E. Bennett*
       DANIAL E. BENNETT (BBO# 657436)
       Assistant U.S. Attorney
       United States Attorney's Office
       District of Massachusetts
       Donohue Federal Building
       595 Main Street
       Worcester, Massachusetts 01608
       Danial.Bennett@usdoj.gov

Dated: June 17, 2022

## Certificate of Service

This is to certify that I have served defense counsel a copy of the foregoing document by electronic mail.

*/s/ Danial E. Bennett*
Danial E. Bennett
Assistant U.S. Attorney

Dated: June 17, 2022